**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **KATHY J. MATSON and PAIGE E.** | : | |
| **DIXON, individually and on behalf of** | : | |
| **others similarly situated,** | : | |
| | : | |
| **Plaintiffs,** | : | **Case No. 2:26-cv-333** |
| | : | |
| **v.** | : | **Judge Algenon L. Marbley** |
| | : | **Magistrate Judge Chelsey M. Vascura** |
| **HOPEWELL GROVE** | : | |
| **REHABILITATION AND** | : | |
| **HEALTHCARE CENTER, LLC,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS**

This matter is before the Court on the Parties' Joint Motion to Stay Proceedings (ECF No. 16). The Parties seek to stay this case pending settlement discussions. The Court has considered the Parties' Joint Motion. Pursuant to the Court's inherent authority to control its docket, and for good cause shown, the Parties' Joint Motion is **GRANTED**, and the Court **ORDERS** as follows:

1.	This action is **STAYED** for 90 days, through and including **August 18, 2026**, to facilitate settlement discussions.

2.	The Parties shall file a joint status report on the status of their efforts and proposed next steps within 7 days following the conclusion of the stay, no later than **August 25, 2026**.

3.	In the event the Parties are unable to resolve this case by the end of the stay, the Parties shall submit a Rule 26(f) report within 14 days following the conclusion of the stay, no later than **September 1, 2026**.

4.	If, at any point during the stay, the Parties' mediation and settlement discussions are terminated by either Party for any reason, any Party may deem that the stay is lifted by providing

1

notice to the Court.  In such a circumstance, the Parties shall have fourteen (14) days to submit a Rule 26(f) report.

5.      The May 27, 2026 Conference (ECF No. 15) is hereby **VACATED**.

6.      Nothing herein prevents any Party from seeking further relief, including to modify any of the above deadlines or time periods should the Parties' good faith settlement efforts still be continuing as of the scheduled end of the stay.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY**
**DATED: May 20, 2026**              **UNITED STATES DISTRICT JUDGE**