**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **KATHY J. MATSON and PAIGE E. DIXON, individually and on behalf of others similarly situated,** | : | |
| **Plaintiffs,** | : | **Case No. 2:26-cv-333** |
| v. | : | **Judge Algenon L. Marbley** |
| | : | **Magistrate Judge Chelsey M. Vascura** |
| **HOPEWELL GROVE REHABILITATION AND HEALTHCARE CENTER, LLC,** | : | |
| **Defendant.** | : | |

**ORDER EXTENDING STAY**

This matter is before the Court on the Parties' Joint Motion for Extension of Stay of Proceedings Pending Settlement Discussions. (ECF No. 22). The Court previously stayed this case for 90 days to allow time for settlement discussions. (ECF No. 17). Now, the Parties seek an additional 60 days to continue their settlement discussions, explaining that an additional opt-in plaintiff have joined the case, "necessitating the collection and review of additional payroll and time records." (ECF No. 22 at 1). Pursuant to the Court's inherent authority to control its docket, and for good cause shown, the Parties' Joint Motion is **GRANTED**, and the Court **ORDERS** as follows:

1. This action is **STAYED** for an additional 60 days, through and including **Tuesday, November 3, 2026**, to facilitate settlement discussions.

2. The Parties shall file a joint status report on the status of their efforts and proposed next steps within 7 days following the conclusion of the stay, no later than **November 10, 2026**.

3. In the event the Parties are unable to resolve this case by the end of the stay, the Parties shall submit a Rule 26(f) report within 14 days following the conclusion of the stay, no later than **November 17, 2026**.

4. If, at any point during the stay, the Parties' mediation and settlement discussions are terminated by either Party for any reason, any Party may deem that the stay is lifted by providing notice to the Court. In such a circumstance, the Parties shall have fourteen (14) days to submit a Rule 26(f) report.

5. Nothing herein prevents any Party from seeking further relief, including to modify any of the above deadlines or time periods should the Parties' good faith settlement efforts still be continuing as of the scheduled end of the stay.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: September 4, 2026**